

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRENCE E. BABB, M.D.,

        Plaintiff   :  CIVIL NO. 4: 99-CV-1951
                          :  (Judge Muir)

v.

PENN STATE GEISINGER HEALTH
SYSTEM, ET AL

        Defendants

FILED
SCRANTON
JUN 2 4 2002
PER _____ /s/
DEPUTY CLERK

## JUDGMENT

Pursuant to the court's judgment entered <u>September 14, 2001</u> and Federal Rule of Civil Procedure 54(d)(1), costs are hereby taxed against the <u>plaintiff Terrence E. Babb, M.D.</u> and in favor of <u>"Geisinger defendants" Penn State Geisinger Health System, Penn State Geisinger Clinic and Charles Maxin, M.D.</u> in the amount of $6,209.23. Costs are also taxed against the <u>plaintiff Terrence E. Babb, M.D.</u> and in favor of <u>"Centre Community Hospital defendants" Centre Community Hospital, Officer and Trustees</u> in the amount of $6,108.32.

ATTEST:

*Mary E. D'Andrea*
MARY E. D'ANDREA, Clerk

AO 72A
(Rev. 8/82)